**No. 53950.**—Quon Quon Company *v.* United States, protests 129646–K, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags and mats similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53951.**—Hensel Bruckmann & Lorbacher, Inc., and S. B. Weintraub *v.* United States, protests 146751–K and 150272–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.